**No. 68845.**—Advance Pet Supply Co. *v.* United States, protests 64/5501, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 26, 1964

**No. 68846.**—Polks Model Craft Hobbies Co., Inc., and Frank P. Dow & Co., Inc., et al. *v.* United States, protests 59/21505, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

**No. 68847.**—The A. C. Gilbert Co. and Gehrig, Hoban & Co., Inc., et al. *v.* United States, protests 62/15288, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.